Form a0ogrfnd
(Rev. 10/13)

# United States Bankruptcy Court
## Southern District of Ohio
### 120 West Third Street
### Dayton, OH 45402-1819

In Re: Cheryl L Allen

    Debtor(s)

SSN/TAX ID:
    xxx-xx-9734

Case No.: 3:01-bk-32397

Chapter: 13

Judge: Lawrence S. Walter

## Order Granting Motion for Payment of Unclaimed Funds

This matter is before the Court on a Motion for Payment of Unclaimed Funds (Doc. #65) filed by Dilks and Knopik, LLC on behalf of Dex Media on March 16, 2016. It appears to the Court that the Motion is well taken.

THEREFORE, IT IS HEREBY ORDERED THAT the Clerk of Court shall pay the unclaimed funds in the amount of $357.00 to the order of Dex Media at the following address:

c/o Dilks & Knopik, LLC
35308 SE Center St.
Snoqualmie, WA 98065

**IT IS SO ORDERED.**

_____
Lawrence S. Walter
United States Bankruptcy Judge

Copies to:

Default List

United States Attorney
303 Marconi Blvd., Suite 200
Columbus, Ohio 43215

FILED
2016 APR 11 AM 10:51
KENNETH JORDAN
CLERK OF COURT
U.S. BANKRUPTCY COURT
DAYTON, OHIO